IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KATRINA JOYNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 17-cv-00174- WTM-GRS |
| ) | |
| LIFESHARE MANAGEMENT ) | |
| GROUP, LLC d/b/a ) | |
| LIFESHARE MANAGEMENT ) | |
| GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PARTIES' JOINT MOTION TO STAY
DISCOVERY AND PRETRIAL DEADLINES**

The Parties' Joint Motion to Stay Discovery and Pretrial Deadlines having come before this Court, and for good cause shown, it is **HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED** and that all discovery and all other applicable pretrial deadlines are **STAYED** pending a ruling upon the pending Motion to Remand and Motion to Dismiss.

SO ORDERED this ___29th___ day of ___January___, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA