**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| **KATRINA JOYNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 17-cv-00174-WTM-CLR** |
| ) | |
| **LIFESHARE MANAGEMENT GROUP, LLC d/b/a LIFESHARE MANAGEMENT GROUP, INC.,** ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PARTIES' JOINT MOTION
TO STAY PENDING APRIL 23, 2019 MEDIATION**

Upon review of the Parties' Joint Motion to Stay Discovery Pending April 23, 2019 Mediation and for good cause shown, it is hereby **ORDERED** that the Parties' Joint Motion to Stay is **GRANTED**.

This litigation is **STAYED** for all purposes other than mediation through, and including, **April 23, 2019**.

The Court further sets forth the following deadlines if mediation is unsuccessful:

1. All discovery shall be completed by **July 23, 2019**.

2. Plaintiff's expert witness disclosure and report(s) shall be filed and served by **May 21, 2019**.

3. Defendant's expert witness disclosure and report(s) shall be filed and served by **June 18, 2019**.

4. All other motions, including *Daubert* motions and motions for summary judgment but excluding motions *in limine*, shall be filed by **September 6, 2019**.

5. The deadline for filing motions *in limine* will be set by a subsequent order of the court, if necessary.

**IT IS SO ORDERED**, this 13th day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA