# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KATRINA JOYNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-174 |
| | ) | |
| LIFESHARE MGMT. GROUP, LLC, | ) | |
| d/b/a LIFESHARE MGMT. GROUP, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' joint motion to continue the stay pending mediation is **GRANTED**. Doc. 58. The matter is **STAYED** through July 18, 2019. Should mediation prove unsuccessful, the stay shall be automatically lifted and the following schedule will apply:

| | |
|---|---|
| **LAST DAY TO FURNISH WITNESS REPORT BY PLAINTIFF** | **August 19, 2019** |
| **LAST DAY TO FURNISH WITNESS REPORT BY DEFENDANT** | **September 23, 2019** |
| **CLOSE OF DISCOVERY** | **October 21, 2019** |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS IN LIMINE** | **December 9, 2019** |

Motions in limine shall be filed no later than 5 days prior to the

pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

If mediation proves fruitful, the parties are **DIRECTED** to so apprise the court and request an extension of the stay, if necessary.

**SO ORDERED,** this  2nd  day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA